**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| HUGO MARTINEZ, | ) | No. EDCV 10-1676 DSF (CW) |
| | ) | |
| Petitioner, | ) | ORDER ACCEPTING REPORT AND |
| | ) | RECOMMENDATION OF UNITED STATES |
| v. | ) | MAGISTRATE JUDGE |
| | ) | |
| GREG LEWIS (Warden), | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge.  No objections to the Report and Recommendation have been received.  The Court notes that Pinholster v. Ayers, 590 F.3d 651 (9th Cir. 2009), cited in the Report, has been reversed.  Cullen v. Pinholster, __ U.S. __ (2011), 2011 WL 1225705.  The analysis in the Report remains correct.

**IT IS ORDERED**: (1) that the Report and Recommendation of the United States Magistrate Judge be accepted; and (2) that judgment be entered denying the petition and dismissing this action with prejudice.

1     **IT IS FURTHER ORDERED** that this order and the judgment be served

2 on the parties.

3       4/15/11

4 DATED: _____

5

6                             _____

7                        DALE S. FISCHER
United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28