# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO MARTINEZ, | Case No. EDCV 10-1676 DSF (CW) |
|     Petitioner, | JUDGMENT |
|       v. | |
| GREG LEWIS (Warden), | |
|     Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: 4/15/11

*/s/ Dale S. Fischer*

DALE S. FISCHER
United States District Judge